**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 02-395-001-PHX-ROS |
| )  |  |
| Plaintiff, ) | |
| )  | |
| vs. ) | |
| )  | |
| Johnny P. Cassadore, ) | **ORDER** |
| )  | |
| Defendant. ) | |
| )  | |
| ———————————————) | |

        A status hearing regarding detention and preliminary revocation hearings on the
Petition on Probation was held on January 4, 2006.

        **THE COURT FINDS** that the Defendant has knowingly, intelligently, and
voluntarily waived his right to a detention hearing and a preliminary revocation hearing and
has consented to the issue of detention being made based upon the allegations in the Petition.

        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden
of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6) FED.R.CRIM.P. that
he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529
(9th Cir. 1994).

1      **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2   court.

3      DATED this 5th day of January, 2006.

4

5

6                                        _Lawrence O. Anderson_

7                                        Lawrence O. Anderson
                                         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28